No. 71–186. LOCAL 281, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA ET AL. *v.* BACKO ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–188. CLAUSEN ET AL. *v.* NORTHERN TRUST CO. C. A. 8th Cir. Certiorari denied.

No. 71–189. INLAND TRUCKING CO. ET AL., DBA OSHKOSH READY MIX CO., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–191. CLUTTERBUCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–196. LEE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–199. KERPELMAN *v.* BOARD OF PUBLIC WORKS OF MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 71–202. HARKEY ET AL. *v.* DEWETTER, MAYOR OF EL PASO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–203. FASSOULIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–204. FLORIDA *v.* ENGLANDER. Sup. Ct. Fla. Certiorari denied.

No. 71–208. MCDANIEL ET AL. *v.* DUDLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–272. GEORGIA ET AL. *v.* NATIONAL DEMOCRATIC PARTY ET AL. C. A. D. C. Cir. Certiorari denied.